UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TEMENOS ADVISORY, INC., and<br>GEORGE L. TAYLOR,<br><br>Defendants. | Case No. 18-cv-01180 (SRU) |

**JOINT MOTION TO STAY DISCOVERY AND EXTEND SCHEDULING ORDER**

Plaintiff Securities & Exchange Commission ("Commission") and Defendants Temenos Advisory, Inc. ("Temenos") and George L. Taylor ("Taylor") jointly move to further stay discovery and extend the scheduling order, so that the parties may continue to engage in settlement discussions. This is the parties' third request to extend the scheduling order.

As described in the February 7, 2020 request to extend the scheduling order (ECF No 46), the parties have tentatively reached agreement on a proposed settlement recommendation to the Commission. Mr. Taylor agreed to provide certain supporting materials regarding his current financial condition to the Commission in connection with this recommendation. Counsel to the Commission has now completed the review of those materials. The terms of the proposed settlement further require Mr. Taylor to make an initial payment of monies into an escrow account as a precondition to the Commission's consideration of the recommended settlement terms. Mr. Taylor has agreed to escrow that initial payment no later than May 15, 2020. The parties anticipate that once Mr. Taylor escrows the funds, it will then take between two and three weeks for the Commission to complete its internal review process.

Pursuant to the Rule 26(f) Report filed in this case, all fact discovery is scheduled to conclude on December 13, 2019, and all expert discovery is scheduled to conclude on March 20, 2020.  *See* ECF No. 33 (dated 5/6/19).  The Rule 26(f) Report requires the case to be ready for trial, absent any dispositive motions, by June 8, 2020.  *Id*.

In light of the ongoing settlement discussions, the parties respectfully request that all deadlines set forth in the Rule 26(f) report be extended by an additional 30 days, and that the Court stay all fact and expert discovery in this case, pending the outcome of the parties' settlement discussions.  The Commission further notes that if Mr. Taylor fails to make the escrow payment by May 15, 2020, as required, the Commission intends to proceed with discovery, including witness depositions, and will not consent to any further extension of time for purposes of settlement.

Finally, undersigned counsel has been retained solely for the purpose of settlement discussions, and has been authorized by Taylor to consent to this proposed extension of time for the Defendants.

Dated: May 7, 2020

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ROPES & GRAY |
| By:  /s/ Rua M. Kelly<br>Rua M. Kelly<br>Marc J. Jones<br>33 Arch Street, 24th Floor<br>Boston, MA 02110<br>Telephone: (617)-573-8941<br>Facsimile: (617)-573-4590<br>kellyru@sec.gov<br>*Attorneys for Plaintiff* | By:  /s/ William T. Davison<br>Brien T. O'Connor<br>William T. Davison<br>Prudential Tower, 800 Boylston Street<br>Boston, MA  02199<br>Telephone: (617)-951-7135<br>Facsimile: (617)-951-7050<br>William.Davison@ropesgray.com<br>*Attorneys for Defendant George Taylor* |

## CERTIFICATE OF SERVICE

    I, Rua M. Kelly, hereby certify that on May 7, 2020, a true and correct copy of the Joint Motion to Stay Discovery and Extend Scheduling Order was filed through the ECF system and, accordingly, the documents will be sent electronically to any registered participant as identified on the Notice of Electronic Filing ("NEF").

Dated: May 7, 2020

                                  /s/ Rua M. Kelly<br>
                                  Rua M. Kelly