UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TEMENOS ADVISORY, INC., and<br>GEORGE L. TAYLOR,<br><br>Defendants. | Case No. 18-cv-01180 (SRU) |

### PLAINTIFF'S STATUS REPORT ON SETTLEMENT AND DISCOVERY

Plaintiff Securities & Exchange Commission ("Commission") reports here on the status of the parties' settlement efforts and the resumption of discovery.

On May 8, 2020, the parties jointly moved to extend the stay of discovery and extend the scheduling order, so that the parties could continue to engage in settlement discussions. ECF No. 47. The Court granted that motion on May 19, 2020. ECF No. 48.

The parties' settlement negotiations have foundered. In the course of those efforts, the parties had agreed that Mr. Taylor would escrow the first payment of his offered settlement by May 15, 2020. The parties joint motion stated, "if Mr. Taylor fails to make the escrow payment by May 15, 2020, as required, the Commission intends to proceed with discovery, including witness depositions, and will not consent to any further extension of time for purposes of settlement." While Mr. Taylor has submitted a written offer of settlement, he has failed to escrow the payment, a precondition of the Commission's consideration of that offer. Nor has Mr. Taylor indicated when, if ever, the payment will be escrowed.

Accordingly, by agreement of the parties in the joint motion, the Commission will

resume discovery in this matter. So as not to burden the Court, the Commission is not asking to reset any of the deadlines established by the Court's May 19 Order. ECF No. 48.

Dated: May 20, 2020                                  SECURITIES AND EXCHANGE COMMISSION

By: /s/ Marc Jones
Marc J. Jones
Rua M. Kelly
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (617) 573-8947
Facsimile: (617) 573-4590
jonesmarc@sec.gov
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Marc Jones, hereby certify that on May 20, 2020, a true and correct copy of this Status Report was filed through the ECF system and, accordingly, the documents will be sent electronically to any registered participant as identified on the Notice of Electronic Filing ("NEF"), and by electronic mail to Mr. Taylor, as agreed.

Dated: May 20, 2020

/s/ Marc Jones
Marc Jones